---

CASEYY WITWICKI

Index # 07 CIV 10600

Plaintiff(s)

- against -

Date Filed:

METRO NEW YORK INC. ET AL

Defendant(s) **AFFIDAVIT OF SERVICE**

STATE OF DELAWARE : COUNTY OF NEW CASTLE ss:

BARRY EVEALND BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT WILMINGTON, DE . ON 12/4/07 AT 10:45 am AM/PM AT WILMINGTON TRUST SP SERVICES (DELAWARE), INC 1105 N. MARKET ST. WILMINGTON, DE

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT
ON: METRO USA INC., THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** — By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [X] — A DELAWARE corporation, delivering thereat a true copy of each to TRISHA HAWKES personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be PROCESS AGENT thereof.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** — On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [X] — A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 25 | 5'6 | 130 |

Other:

**# 8 WIT. FEES** — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** — Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Sworn to before me on this 4th day of DECEMBER 2007

Notary Public

Server signature: BARRY EVELAND

Docket #: 524968