Dec 14 2007 12:09PM  Carabba Locke LLP          212-430-6405        p.2

12/14/2007  11:57    2126325555          SALANS           PAGE 02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY WITWICKI

PLAINTIFF,                                          07 CV 10600 (VM)

- AGAINST -                                **STIPULATION
                                           EXTENDING TIME TO
METRO NEW YORK INC., METRO USA INC.,       RESPOND TO COMPLAINT**
EDWARD ABRAMS AND MICHAEL JULIANO,

        DEFENDANTS.


        IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE

UNDERSIGNED PARTIES, by and through their respective counsel, as follows:

        1.      The time for the Defendants to answer or otherwise respond to the

Complaint is hereby extended to and including January 31, 2008.

        2.      The Defendants agree to waive defenses of improper service.

        3.      Faxed signatures on this Stipulation are hereby deemed originals.

Dated: New York, New York
       December 14, 2007

CARABBA LOCKE LLP                          SALANS

By:                                        By:
    Jeffrey Schulman (JS 0702)                 Susan Shanklin (SS 9036)
    Anthony Carabba, Jr. (AC 1487)         620 Fifth Avenue
Carabba Locke LLP                          New York, NY 10020
100 William Street                         212-632-5500
New York, New York 10038

Attorneys for Plaintiff                    Attorneys for Defendants

SO ORDERED  1-4-08

Judge Victor Marrero
United States District Judge

NEWYORK 546804.1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-4-08