SALANS
620 Fifth Avenue
New York, NY 10020
Susan Shanklin
(212) 632-5500
Attorneys for Metro New York Inc.
            Metro USA Inc.
            Edward Abrams and Michael Juliano

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY WITWICKI,<br><br>                    Plaintiff,<br><br>- against -<br><br>METRO NEW YORK INC., METRO USA INC., EDWARD ABRAMS AND MICHAEL JULIANO,<br><br>                    Defendants. | Civil No. 07-10600 (VM)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby files its appearance as attorneys of record for Metro New York Inc., Metro USA Inc. and Edward Abrams and Michael Juliano.

PLEASE TAKE FURTHER NOTICE that copies of all papers are to be served on the person at the address listed below:

>   Salans
>   620 Fifth Avenue
>   New York, New York 10020
>   Attention: Susan Shanklin, Esq.

NEWYORK.547393.1

- 2 -

Dated: New York, New York
January 8, 2008

                                SALANS

                                By: /s/ Susan Shanklin
                                Susan Shanklin
                                620 Fifth Avenue
                                New York, New York 10020
                                *Attorneys for Defendants*
                                *Metro New York Inc.,*
                                *Metro USA Inc. and*
                                *Edward Abrams and Michael Juliano*

- 3 -

## CERTIFICATE OF SERVICE

I, Susan Shanklin, hereby certify that on January 8, 2008, I caused a true copy of the Notice of Appearance to be served by first class mail, postage prepaid, upon the persons at the address listed below:

CARRABA LOCKE LLP
Anthony Carraba
Jeffrey Schulman
100 William Street
New York, New York 10036
*Attorneys for Casey Witwicki*

                                                /s/ Susan Shanklin
                                                Susan Shanklin

NEWYORK.547393.1