UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASEY WITWICKI,<br><br>Plaintiff,<br><br>- against -<br><br>METRO NEW YORK, INC., METRO USA, INC.,<br>EDWARD ABRAMS AND MICHAEL JULIANO,<br><br>Defendants. | Civil No. 07-10600 (VM)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Metro New York, Inc. and Metro USA, Inc. (privately-held non-governmental parties), certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties:

Boston Metro Publishing Inc.
Metro Boston LLC
Transit Publications Inc., Metro PA
Metro Distribution Center

Date:   January 31, 2008

_AUSUN Shanklin_
Susan Shanklin
Salans
620 Fifth Avenue
New York, New York  10020
(212) 632-5500
sshanklin@salans.com