

# SALANS
ATTORNEYS AT LAW

Rockefeller Center, 620 Fifth Avenue, New York, NY 10020-2457, USA
Tel +1 (212) 632 5500  Fax +1 (212) 632 5555
www.salans.com

Susan Shanklin *Counsel*
Direct Dial (212) 632-5564
Direct Fax (212) 307-3364
sshanklin@salans.com

February 20, 2008

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street Suite 660
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-08
```

Re: Witwicki v. Metro New York, Inc. et al., 07 Civ. 10600

Dear Justice Marrero:

We represent defendants Metro New York, Inc., Metro USA, Inc., Edward Abrams, and Michael Juliano in this matter and write to request an adjournment of the Initial Case Management Conference. This is defendants' first request for an adjournment. Defendants respectfully request that the Initial Case Management Conference, currently scheduled for February 29, 2008, be adjourned until Friday, March 14, 2008. Attorneys for plaintiffs have consented to the adjournment and are available after 2 p.m. on that date.

Thank you for your consideration.

Respectfully,

Susan Shanklin

Susan Shanklin

cc: Jeffrey Schulman (by facsimile)
Carabba Locke LLP
Counsel for Plaintiff
100 William Street
New York, New York 10038
(212) 430-6400 (phone)
(212) 430-6405 (fax)

```
Request GRANTED. The Initial Status
conference herein is rescheduled to 3-14-08
at 2:15 p.m.
SO ORDERED.
2-20-08
DATE        VICTOR MARRERO, U.S.D.J.
```

ALMATY  BAKU  BERLIN¹  BRATISLAVA  BUCHAREST  BUDAPEST²  ISTANBUL  KYIV  LONDON  MOSCOW
NEW YORK  PARIS  PRAGUE  SHANGHAI  ST. PETERSBURG  WARSAW

¹ SALANS LLP is a Limited Liability Partnership registered in London with Registration Number OC 316822. Registered Office Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, United Kingdom. Regulated by the Law Society of England and Wales. A list of members of SALANS LLP is available at the above Registered Office.

² Affiliated Office