```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CASEY WITWICKI
                      Plaintiff(s),

      - against -

METRO NEW YORK INC.,
METRO USA INC., EDWARD ABRAMS and
MICHAEL JULIANO,       Defendant(s).
---------------------------------------------------------------X

07 Civ. 10600 (VM)

**CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

This Scheduling Order and Case Management Plan is adopted in accordance with Fed. R. Civ. P. 16-26(f).

1. This case (is)(~~is not~~) to be tried to a jury: [circle one]

2. Joinder of additional parties to be accomplished by ___4/4/08___

3. Amended pleadings may be filed without leave of the Court until ___4/4/08___.

4. Initial disclosure pursuant to Fed. R. Civ. P. 26(a)(1) to be completed within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f), specifically by not later than ___3/25/08___.

5. All <u>fact</u> discovery is to be completed either:

   a. Within one hundred twenty (120) days of the date of this Order, specifically by not later than ___7/14/08___; or

   b. Within a period exceeding 120 days, with the Court's approval, if the case presents unique complexities or other exceptional circumstances, specifically by not later than _____.

6. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

   a. Initial requests for production of documents to be ~~served~~ by   responded to   4/11/08

   b. Interrogatories to be served by ~~all parties~~ Defendants by ___3/14/08___
      Plaintiff to respond within 30 days of service; Defendants to respond to Plaintiff's Interrogatories by 4/11/08

   c. Depositions to be completed by ___6/1/08___.

      i. Unless the parties agree or the Court so orders, depositions are not to be held until all parties have responded to initial requests for document production.

      ii. Depositions of all parties shall proceed during the same time.

      iii. Unless the parties agree or the Court so orders, non-party depositions shall follow party depositions when possible.

   d. Any additional contemplated discovery activities and the anticipated completion date:
     _____

    e.    Requests to Admit to be served no later than __4/25/08__.

7. All <u>expert</u> discovery (ordinarily conducted following the completion of fact discovery) including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed. R. Civ. P. 26(a)(2), (3) and 35(b), is to be completed by:

    a.    Plaintiff __8/13/08 & 9/12/08 for rebuttal__.

    b.    Defendant __8/13/08 & 9/12/08 for rebuttal__.

8. Contemplated motions:

    a. Plaintiff: __request pre-motion conference on or before 9/15/08__

    b. Defendant: __request pre-motion conference on or before 9/15/08__

9. Following all discovery, all counsel must meet for at least one hour to discuss settlement, such conference to be held by not later than __2 weeks after court's decision on any summary judgment motions__

10. Do all parties consent to trial by a Magistrate Judge under 28 U.S.C. § 636(c)?

    Yes _____    No __XX__

---

**TO BE COMPLETED BY THE COURT:**

11. The next Case Management Conference is scheduled for __8-1-08 at 10:00 a.m__.

In the event the case is to proceed to trial, a firm trial date and the deadline for submission of the Joint Pretrial Order and related documents shall be scheduled at the pretrial conference following either the completion of all discovery or the Court's ruling on any dispositive motion.

The Joint Pretrial Order should be prepared in accordance with Judge Marrero's Individual Practices. If this action is to be tried before a jury, proposed voir dire and jury instructions shall be filed with the Joint Pretrial Order. No motion for summary judgment shall be served after the deadline fixed for the Joint Pretrial Order.

**SO ORDERED:**

DATED:    New York, New York
               14 March 2008

                                                           VICTOR MARRERO
                                                           U.S.D.J.