UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASEY WITWICKI,

        **Plaintiff,**

   - against -

METRO NEW YORK, INC.,

        **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08

ORDER

07 Civ. 10600 (VM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a telephone conference with the Court on August 27, 2008,

  **IT IS HEREBY ORDERED THAT** discovery be extended to **October 15, 2008**.

**SO ORDERED this 27th day of August 2008**
New York, New York

              */s/ Ronald L. Ellis*
              The Honorable Ronald L. Ellis
              United States Magistrate Judge